■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDWARD DAVISON, Appellant. — Appeals by defendant from two judgments of the County Court, Suffolk County (Namm, J.),

both rendered September 12, 1983, convicting him of four counts of burglary in the third degree, upon his pleas of guilty, and imposing sentences.

Appeals dismissed.

Defendant made a knowing and intelligent waiver of his right to appeal as a condition of the pleas (*see, People v Gray,* 75 AD2d 826). Under such circumstances the appeals are dismissed. Weinstein, J. P., Brown, Niehoff and Lawrence, JJ., concur.